UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United Cable Services LLC

_____
Write the full name of each plaintiff.

-against-

Foss Energy Services, Inc

Clarity Telecom, LLC d/b/a Bluepeak

_____
Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_____CV_____
(Include case number if one has been assigned)

**COMPLAINT**

Do you want a jury trial?
☐ Yes     ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

**I. BASIS FOR JURISDICTION**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ **Federal Question**

☑ **Diversity of Citizenship**

**A. If you checked Federal Question**

Which of your federal constitutional or federal statutory rights have been violated?
Prompt Payment Act

**B. If you checked Diversity of Citizenship**

**1. Citizenship of the parties**

Of what State is each party a citizen?

The plaintiff, United Cable Services LLC (Plaintiff's name), is a citizen of the State of

New Jersey
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                     (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, __Foss Energy Services, Inc__, is incorporated under the laws of the State of __Texas__

and has its principal place of business in the State of __Texas__

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_____

First Name          Middle Initial          Last Name

_____

Street Address

                                  NJ              07751

County, City                      State           Zip Code

6467427653

Telephone Number                  Email Address (if available)

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
         (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, Clarity Telecom, LLC d/b/a Bluepeak, is incorporated under the laws of the State of South Dakota

and has its principal place of business in the State of Wyoming

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Igor | | Anokhin |
|---|---|---|
| First Name | Middle Initial | Last Name |

165 Amboy RD STE 400

Street Address

| Morganville | NJ | 07751 |
|---|---|---|
| County, City | State | Zip Code |

| 6467427653 | igor@unitedcable.net |
|---|---|
| Telephone Number | Email Address (if available) |

B. **Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

| Nathan | Downing |
|---|---|
| First Name | Last Name |

CEO
Current Job Title (or other identifying information)

2305 Ridge Road St.202
Current Work Address (or other address where defendant may be served)

| Rockwall | TX | 75087 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:

| Clarity Telecom LLC | d/b/a Bluepeak |
|---|---|
| First Name | Last Name |

Compliance Officer
Current Job Title (or other identifying information)

5100 S. Broadband Lane
Current Work Address (or other address where defendant may be served)

| Sioux Falls | SD | 57108 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 3:

| | |
|---|---|
| First Name | Last Name |

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

| | | |
|---|---|---|
| County, City | State | Zip Code |

Defendant 4: _____
First Name          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City          State          Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence:  Sheridan, Casper Wyoming

Date(s) of occurrence: _____

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Clarity Telecom LLC is a telecommunications and internet provider that hired Foss INC to perform telecommunication construction services. On or about July 21, 2023 Foss INC and United Cable Services executed a "Master Construction Subcontract Agreement" (the "Contract"), wherein Foss hired United cabe Services to perform utility construction services as needed by Foss Inc. The Plaintiffs timely performed under the Contract all their obligations as assigned by Foss, including, but not limited to, connecting cables and wires from pole to pole, running them underground, and splicing them pursuant to blueprints provided by Foss. The Plaintiffs submitted twenty separate invoices to Foss itemizing the services performed and the amounts due. Combined, the amount owed on these invoices exceeds one hundred ninety thousand. Foss has failed to pay these invoices despite repeated demands from the Plaintiffs.As the owner of properties that have been improved by the Plaintiffs' services, Clarity Telecom have been unjustly enriched by the Plaintiffs' performance of their services.
Clarity Telecom have not compensated the Plaintiffs for this enrichment.
 The Plaintiffs incorporate by reference each of their allegations in the preceding paragraphs of this Complaint.
The Contract is a valid and binding contract between United Cable Services and Foss Foss has defaulted under the Contract by failing to timely make payments as they came due. These damages exceed one hundred ninety thousand
The Plaintiffs have suffered damages due to Excell's defaults under the Contract.

Page 5

The Plaintiffs have suffered damages due to Foss's defaults under the Contract. ~~WHEREFORE, United Cable Services LLC demand judgment against~~ Foss, Inc. for breach of contract in an amount not less than one hundred ninety thousand, plus interest, attorneys' fees, court costs, and other such relief as may be just. The Defendants knowingly accepted and received the benefit of the Plaintiffs' utility construction services. The Defendants unfairly benefitted from the services provided by ~~the Plaintiffs and have not compensated the Plaintiffs for the services they benefitted~~ from. The Defendants have been unjustly enriched by the benefit of the Plaintiffs' services ~~that they have received without compensation. In equity and good conscience, the~~ Defendants should be required to compensate the Plaintiffs for the benefit they have ~~received from the Plaintiffs' services In performing their services, the Plaintiffs had a~~ reasonable expectation of compensation for their services, and the Defendants impliedly promised to pay the Plaintiffs for those services by accepting them. The Defendants' ~~failure to compensate the Plaintiffs for their services has damaged the Plaintiffs~~

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

WHEREFORE, United Cable Services LLC demand judgment against ~~Foss, Inc. and Clarity Telecom LLC~~ jointly and severally, for compensation for the value of their services under quantum meruit, but at any rate in an amount not less than one hundred ninety thousand, plus attorneys' fees, court costs, and other such relief as may be just.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 04/15/2025 | [signature] |
|---|---|
| Dated | Plaintiff's Signature |

| Igor | | Anokhin |
|---|---|---|
| First Name | Middle Initial | Last Name |

165 Amboy RD STE 400
Street Address

| Morganville | | 07751 |
|---|---|---|
| County, City | State | Zip Code |

| 6467427653 | igor@unitedcable.net |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.