FILED



*9:01 am, 5/23/25*

**Margaret Botkins**
**Clerk of Court**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| IGOR ANOKHIN & UNITED CABLE SERVICES LLC | § § § § |
| Plaintiffs, | § § |
| v. | §  Case No. 1:25-cv-00130-SWS |
| | § |
| FOSS ENERGY SERVICES, INC. & CLARITY TELECOM, LLC D/B/A/ BLUEPEAK | § § § § |
| Defendants. | § § |

## PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiffs file their notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) dismissing their claims against Defendants with prejudice.

1. Plaintiffs are Igor Anokhin and United Cable Services LLC; Defendants are Foss Energy Services, Inc., Clarity Telecom, LLC d/b/a Bluepeak, and Nathan Downing.

2. On April 16, 2025, Plaintiffs sued Defendants.

3. On May 14, 2025, the United States District Court for the Southern District of New York *sua sponte* transferred the case to the United States District Court for the District of Wyoming. [ECF No. 4].

4. Defendants have not been served with process and have not served an answer or a motion for summary judgment.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

- 2 -

7.    A receiver has not been appointed in this case.

8.    Plaintiffs have not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9.    This dismissal is with prejudice as to all claims brought by Plaintiffs against all Defendants.

Dated: May 23, 2025                        Respectfully submitted,

/s/
Igor Anokhin
165 Amboy Rd., Ste 400
Morganville, New Jersey 07751
igor@unitedcable.net
Telephone: (646) 742-7653
Pro Se, on behalf of Igor Anokhin,
Individually, and United Cable Services LLC